LAW OFFICES OF NICHOLAS HEIMAN
NICHOLAS HEIMAN  Bar No. 126717
4727 Wilshire Boulevard, Suite 602
Los Angeles, California 90010
Telephone: (323) 933-8760
Facsimile: (323) 930-2716

JS-6

Attorneys for Plaintiff
MARY LOU GRACE, as an Individual and as Successor
In Interest to CAROL JEAN GRACE

SEDGWICK, DETERT, MORAN & ARNOLD LLP
BRUCE D. CELEBREZZE  Bar No. 102181
ERIN A. CORNELL  Bar No. 227135
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635
bruce.celebrezze@sdma.com

Attorneys for Defendants
HARTFORD LIFE INSURANCE COMPANY
and HARTFORD LIFE AND ACCIDENT INSURANCE
COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY LOU GRACE, as an Individual and as Successor in Interest to CAROL JEAN GRACE,<br><br>Plaintiff,<br><br>v.<br><br>HARTFORD LIFE INSURANCE COMPANY; THE HARTFORD FINANCIAL SERVICES GROUP, INC.; HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; CONTINENTAL CASUALTY CO.; CNA CASUALTY OF CALIFORNIA; FINANCIAL SERVICES ASSOCIATION; WASHINGTON MUTUAL BANK; and DOES 1 TO 100, INCLUSIVE<br><br>Defendants. | CASE NO. 08-CV-07647 JFW (SHx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

1  Based upon the parties' Stipulation Re Dismissal of Entire Action with
2  Prejudice, it is hereby ORDERED that this action is dismissed in its entirety.  Each
3  party shall bear her or its own attorneys' fees and costs.
4  IT IS SO ORDERED.
5  DATED:  April 24, 2009

8  HONORABLE JOHN F. WALTER
   UNITED STATES DISTRICT JUDGE